In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00383-CV

_____

**LONE STAR GROUNDWATER CONSERVATION DISTRICT, Appellant**

**V.**

**CITY OF CONROE, TEXAS, QUADVEST LP, WOODLAND OAKS UTILITY LP, CRYSTAL SPRINGS WATER CO. INC., EVERETT SQUARE INC., E.S. WATER CONSOLIDATORS INC., UTILITIES INVESTMENT CO. INC., AND T&W WATER SERVICE COMPANY, Appellees**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 15-08-08942-CV**

**MEMORANDUM OPINION**

Appellant Lone Star Groundwater Conservation District (LSGCD) filed a motion dismiss this permissive interlocutory appeal. LSGCD's motion states that LSGCD and appellees have settled their claims. The motion is voluntarily made by LSGCD prior to any decision of this Court. *See* Tex. R. App. P. 42.1. No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

1

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on February 13, 2019
Opinion Delivered February 14, 2019

Before McKeithen, C.J., Kreger and Horton, JJ.